# EXHIBIT N

# U.S. Patent No. 8,910,796

"Screen for a Vibratory Separator"

## PATENT INFRINGEMENT CLAIM CHART

*Accused Product: Full Circle Energy, LLC Replacement Screen System for Derrick Hyperpool® and Hyperpool® GT Shakers*

<table>
<tr><th>Claim Language</th><th>Infringement</th></tr>
<tr><td colspan="2">Claim 3</td></tr>
<tr><td>A screen assembly for a vibratory screening machine, comprising:</td><td>The replacement screen assemblies are designed for use with the Derrick Hyperpool® and Hyperpool GT® vibratory screening machines.<br>



</td></tr>
</table>

| | |
|---|---|
| a frame including a plurality of side members; |   |
| and a screen supported by the frame |   |

wherein the frame has a convex shape configured to mate with a concave surface of the vibratory screening machine, the frame held in place by a force of a compression assembly of the vibratory screening machine against at least one side member of the screen assembly when placed in the vibratory screening machine.




