# UNITED STATES DISTRICT COURT

Southern District of Texas

| | | |
|---|---|---|
| DERRICK CORPORATION<br>**PLAINTIFF**<br><br>VS.<br><br>FULL CIRCLE ENERGY, LLC<br>**DEFENDANT** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:26-CV-07345 |

**SUMMONS IN A CIVIL ACTION**
**RETURN OF SERVICE**

On Monday, September 28, 2026 at 9:25 AM, this SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, EXHIBIT A, EXHIBIT B, EXHIBIT C, EXHIBIT D, EXHIBIT E, EXHIBIT F, EXHIBIT G, EXHIBIT H, EXHIBIT I, EXHIBIT J, EXHIBIT K, EXHIBIT L, EXHIBIT M, EXHIBIT N, EXHIBIT O, EXHIBIT P, EXHIBIT Q, EXHIBIT R, EXHIBIT S, EXHIBIT T, EXHIBIT U, EXHIBIT V, EXHIBIT W, EXHIBIT X, EXHIBIT Y, PLAINTIFF DERRICK CORPORATION'S APPLICATION FOR PRELIMINARY INJUNCTION, EXHIBIT 1, EXHIBIT 2, EXHIBIT 3, EXHIBIT 4, EXHIBIT 5, EXHIBIT 6, EXHIBIT 7, EXHIBIT 8, EXHIBIT 9, EXHIBIT 10, EXHIBIT 11, EXHIBIT 12, EXHIBIT 13, ORDER GRANTING PLAINTIFF DERRICK CORPORATION'S APPLICATION FOR PRELIMINARY INJUNCTION for FULL CIRCLE ENERGY, LLC C/O REGISTERED AGENT CT CORPORATION SYSTEM was received by me.

On Monday, September 28, 2026 at 2:34 PM, I delivered the above-mentioned documents to Intake Specialist: Elizabeth West
who represented that they were authorized to accept service on behalf of FULL CIRCLE ENERGY, LLC C/O REGISTERED AGENT CT CORPORATION SYSTEM at 1999 BRYAN STREET STE. 900, DALLAS, TX 75201.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Tuesday, September 29, 2026

*Tracy Dewayne Edwards*

Tracy Dewayne Edwards
Process Server
1201 Louisiana St Ste 370
Houston, TX 77002

001423-0019
DocID: P358385_1